**SO ORDERED.**

Dated: January 14, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

1 Matthew A. Silverman (018919)
2 Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3 3636 North Central Avenue
Suite 1050
4 Phoenix, AZ 85012
5 (602) 230-8726

6 Attorneys for Movant,
LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-HE3, its assignees and/or
7 successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | In Proceedings Under |
| Ignazio Palazzollo, | Chapter 7 |
| Debtor. | Case No. 2:09-bk-13827-RTB |
| LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-HE3, its assignees and/or successors, | **ORDER TERMINATING AUTOMATIC STAY** |
| Movant, | |
| v. | |
| Ignazio Palazzollo, Debtor; and David M. Reaves, Chapter 7 Trustee, | |
| Respondents. | |

| | |
|---|---|
| 1 | |
| 2 | LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-HE3 ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing, |

LaSalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-HE3 ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 14848 North 35th Place, Phoenix, AZ 85032, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE

File No. AZ-09-17009    2    Case No. 2:09-bk-13827-RTB
Order Terminating Automatic Stay